IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BAC HOME LOANS SERVICING, LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 11-cv-00010-MJR-DGW |
| ) | |
| ROSALIND MCLEMORE, et al., ) | |
| ) | |
| Defendants. ) | |

**SHOW CAUSE ORDER**

On February 9, 2011, the Court entered an Order granted a Motion for More Definite Statement filed by Defendant United States of America (Doc. 11). The Order granted Plaintiff leave to amend its complaint for the sole purpose of submitting legible copies of the mortgage and note, which are the subject of its complaint. *Id.* Plaintiff's amended complaint was due on February 24, 2011. *Id.* To date, Plaintiff has not filed its amended complaint.

The Court therefore **ORDERS** Plaintiff to **SHOW CAUSE, in writing,** why this Court should not recommend that sanctions be imposed against it. Plaintiff's response to this Order must be **received** by the Court no later than **March 11, 2011**. Plaintiff is **WARNED** that the failure show adequate justification for failing to timely file its amended complaint may result in a report and recommendation that sanctions be imposed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 28, 2011

_____
**DONALD G. WILKERSON**
**United States Magistrate Judge**